FILED

JAN 25 2008

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

KING, THEODORE
Plaintiff,

v.

(BPH) BOARD OF PRISON HEARINGS
Defendant.

CASE NO.

PRISONER'S
IN FORMA PAUPERIS **(PR)**
APPLICATION

**SI**

I, THEODORE KING, declare under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed?    Yes ___ No _X_

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: __N/A__    Net: __N/A__

Employer: __N/A__

If the answer is "no," state the date of last employment and the amount of the gross and net salary and wages per month which you received. (If you are imprisoned, specify the last place of employment prior to imprisonment.)

__FEB. 2007, EMPLOYED AS AUTO DETAILER FOR 60 DAYS__

2. Have you received, within the past twelve (12) months, any money from any of the following sources:

    a. Business, Profession or     Yes ___ No _X_
       self employment
    b. Income from stocks, bonds,   Yes ___ No _X_
       or royalties?

c.  Rent payments?  Yes ___ No X
d.  Pensions, annuities, or  Yes ___ No X
    life insurance payments?
e.  Federal or State welfare payments,  Yes ___ No X
    Social Security or other govern-
    ment source?

If the answer is "yes" to any of the above, describe each source of money and state the amount received from each.

N/A

3. Are you married?  Yes ___ No Y

Spouse's Full Name: N/A

Spouse's Place of Employment: _____

Spouse's Monthly Salary, Wages or Income:

Gross $_____ Net $_____

4.  a.  List amount you contribute to your spouse's support:

$  N/A

b.  List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support:

_____

_____

5.  Do you own or are you buying a home?  Yes ___ No X

Estimated Market Value: $ 0  Amount of Mortgage: $ 0

6.  Do you own an automobile?  Yes ___ No X

Make _____ Year _____ Model _____

Is it financed? Yes ___ No ___ If so, Total due: $ _____

Monthly Payment: $ ___0___

7. Do you have a bank account? (If you are a prisoner, include funds in your prison account, and provide the certificate attached, signed by an officer of the prison.)

Yes ___ No _X_

Name(s) and address(es) of bank: ___N/A___

Present balance(s): $ _____

Do you own any cash? Yes ___ No ___ Amount: $ _____

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.)
Yes ___ No ___

8. What are your monthly expenses? CALIFORNIA STATE PRISONER

Rent: $ _____ Utilities: _____

Food: $ _____ Clothing: _____

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed On This Account |
|---|---|---|
| | $ | $ |
| | $ | $ |

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable.)

___PRESENTLY IN CARSIRATED___

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

3

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

1-/2/08
DATE

*Theodore F. King*
SIGNATURE OF APPLICANT

Case Number:_____

CERTIFICATE OF FUNDS

IN

PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of __THEODORE   KING__ for the last six months at
[prisoner name]

__SAN QUENTIN STATE PRISON__ where (s)he is confined.
[name of institution]

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $___Ø___ and the average balance in the prisoner's account each month for the most recent 6-month period was $___Ø___.

Dated: 1/10/08                    _____
                                  Authorized officer of the institution

5

C#513

| STATE OF CALIFORNIA GA-22 (9/92) | | INMATE REQUEST FOR INTERVIEW | | DEPARTMENT OF CORRECTIONS |
|---|---|---|---|---|
| DATE 8/28/07 | TO TRUST OFFICE | FROM (LAST NAME) KING THEODORE | | CDC NUMBER V#30188 |
| HOUSING #513 | BED NUMBER 513 | WORK ASSIGNMENT N/A | | JOB HOURS FROM N/A TO N/A |
| OTHER ASSIGNMENT (SCHOOL, THERAPY, ETC.) | | N/A   SEP 04 2007 | | ASSIGNMENT HOURS FROM N/A |

Clearly state your reason for requesting this interview.
You will be called in for interview in the near future if the matter cannot be handled by correspondence.

I WOULD LIKE TO KNOW THE BALANCE ON MY TRUST ACCOUNT?? CAN I GET A SUMMARY SHEET? THANKS

Do NOT write below this line. If more space is required, write on back.

INTERVIEWED BY
V.D.B.

DISPOSITION
See printout

SEP 04 2007

San Quentin State Prison
Inmate Trust Office
San Quentin, CA 94964

```
TS210B                CALIFORNIA DEPARTMENT OF CORRECTIONS
                           ITAS TRUST ACCOUNT DISPLAY

--------------- ACCOUNT INFORMATION --------------- ------ SPECIAL ITEMS -------

ACCOUNT NUMBER:   V30188
   ACCOUNT NAME:  KING, THEODORE   FRANK
   ACCOUNT TYPE:  I
CURRENT BALANCE:         0.00
   HOLD BALANCE:         0.00
 ENCUM. BALANCE:         0.00
      AVAILABLE:         0.00
PRIVILEGE GROUP:  D
   LAST CANTEEN:

--------- HOUSING LOCATION ---------       --------- ARRIVAL INFORMATION ----------

        FACILITY:  SQ    RC                ARRIVAL DATE:   08/08/2007
BED/CELL NUMBER:  C 5 00000000013L         ARRIVAL STATUS: PVRTC
                                           FROM LOCATION:  REG 2
                                           ARRIVAL COMMENT:

 TS210BA             BEGINNING DATE FOR TRANSACTION DISPLAY:    /  /
No Account Activity for this period. Enter date or press a function key.
```