From: THEODORE F. KING #V30188
SAN QUENTIN STATE PRISON
SAN QUENTIN, CA. 94964

RECEIVED
FEB - 6 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

FILED
FEB 0 6 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Re: STAMP FILING DATE OF PETITION FOR WRIT OF HABEAS CORPUS.

2/3/08

DEAR CLERK OF THE COURT,

I SENT THE UNITED STATES NORTHERN DISTRICT OF CALIFORNIA FOUR COPIES OF A PETITION FOR WRIT OF HABEAS CORPUS ON 1/10/08.

I NEVER RECIVED A FILING DATE FOR THIS PETITION FOR WRIT OF HABEAS CORPUS.

I WOULD LIKE TO KNOW THE FILING DATE FOR THIS PETITION FOR WRIT OF HABEAS CORPUS I SENT TO YOUR COURT AND OFFICE ON 1/10/08?

THANK YOU FOR YOUR TIME AND UNDERSTANDING ON THIS MATTER.
PEACE TO YOU AND YOURS, MINDS, BODIES & SOULS.

RESPECTFULLY SUBMITTED
THEODORE F. KING

Theodore Franklyn King

DATED: 2/3/08

A.K.A THE EAST BAY GHOST RIDA.

THEODORE FRANKLYN KING #V30188
SAN QUENTIN STATE PRISON
SAN QUENTIN, CA.
-94964-

LEGAL MAIL

SAN QUENTIN STATE PRISON NSF

OFFICE OF THE CLERK
U.S. DISTRICT COURT OF THE
NORTHERN DISTRICT OF CALIFORNIA.
450 GOLDEN GATE AVENUE.
SAN FRANCISCO, CA.
94102@

UNITED STATES POSTAGE
02 1M
0004248283
MAILED FROM ZIP CODE 94964
PITNEY BOWES
$ 00.410
FEB 05 2008