THEODORE KING #V30188
SAN QUENTIN STATE PRISON
SAN QUENTIN, CA.
94964

**FILED**
FEB 22 2008
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

2/19/08

Re: CASE NO# C 08 0609. LOST EVIDENCE BELONGING TO CASE No# C 08 0609 SI

DEAR CLERK OF THE COURT,

I FILED A PETITION FOR WRIT OF HABEAS CORPUS WITH YOUR COURT ON JAN. 25th 2008 AS CASE No# C 08 0609.

TODAY ON 2/19/08 I RECIVED IN THE MAIL A PAROLE REVOCATION HEARING TAPE THAT I'D SENT TO YOU AS EXHIBIT #C AND PART OF THIS PETITION FOR WRIT OF HABEAS CORPUS.

SEE ATTACHED US POSTAL SERVICE NOTICE ATTACHED TO TAPE.

WOULD YOU PLEASE REATTACH THIS EXHIBIT #C TO CASE NO# C 08 0609 AS IT IS PART OF MY ~~CRIMINAL~~ EVIDENCE?

THIS TAPE WAS LOST IN THE MAIL SOMEHOW AND PART OF THE EVIDENCE BELONGING TO CASE NO# C 08 0609.

WOULD YOU PLEASE PUT THIS TAPE INTO EVIDENCE IN CASE NO# C08 0609?

ALSO PLEASE SEND ME A LETTER OR NOTICE THAT THIS IS DONE? - THANK YOU FOR YOUR TIME AND UNDERSTANDING ON THESE MATTERS.

SINCERELY Theodore King

