FROM: THEODORE FRANKLYN KING # V-30185
SAN QUENTIN STATE PRISON
SAN QUENTIN, CA. 94964

**FILED**
MAR 03 2008
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

Re; HEARING APPOINTMENT BEFORE JUDGE "THELTON E. HENDERSON" ON PETITION FOR WRIT OF HABEAS CORPUS CASE NO# C08-0609. / HEARING AT EARLIEST TIME?
SI
2/28/08

DEAR CLERK OF THE COURT,

I HAVE A PETITION FOR WRIT OF HABEAS CORPUS # CASE NO# C08-0609 PRESENTLY BEFORE YOUR COURTS.

I WOULD LIKE TO TRY TO GET A HEARING BEFORE JUDGE "THELTON E. HENDERSON" AT THE EARLIEST POSISSABLE DATE? - MY CASE IS DUE TO HAVE A RULING BY APRIL 25th 2008, BUT IF POSISSABLE I'D LIKE TO BE HEARD BEFORE THEN? AS I JUST LOST COUSTODY OF MY DOUGHTER BECOUSE I'M INCARCIRATED WHILE COUSTODY HEARINGS ARE BEING HELD.

I DO NOT WANT TO LOSE MY DOUGHTER AND I NEED TO BE OUT OF PRISON TO DEAL WITH THESE ISSUES.

MY CASE BEFORE YOUR COURT HAS MERIT AND WILL BE GRANTED BECOUSE OF VIOLATIONS TO MY VALDIVIA RIGHTS AT MY PAROLE REVOCATION HEARINGS, MARIN COUNTY SUPERIOR COURT ALREADY ADDMITTED TO THE TIME RESTRAINT VIOLATIONS IN IT'S DISMISAL STATING (FEDERAL COURT'S RETAIN JURISDICTION TO GRANT THE RELIEF I SOUGHT.)

SO I AM NOW BEFORE THE NORTHEN DISTRICT AND I UNDERSTAND JUDGE HENDERSON IS FOR PRISON REFORM.

(1)

I WILL BE PAROLEING INTO (OPTIONS RECOVERY SERVICES; 1931 CENTER STREET, BERKELEY, CA. 94704) BRENDA JOHNSON IS MY RE-ENTRY CASE MANAGER AT (707) 514 6565.

I'VE ALREADY BEEN ACCEPTED INTO THIS PROGRAM UPON MY RELEASE.

I'VE RECENTLY PASSED MY GED TEST AND I'M A MEMBER OF THE STAND UP REHABILITATION PROGRAM HEAR AT SAN QUENTIN STATE PRISON. I ATTEND SCHOOL 4 DAY'S PER WEEK, PLUSS RED ROAD TO RECOVERY DRUG AND ALCOHAL CLASS. ALSO A PARENTING CLASS AND THE REENTRY PROGRAM.

I'VE ALREADY SERVED 8 MONTHS OF THIS ILEGAL PAROLE VIOCATION AND I CAN HONESTLY SAY I'M DONE WITH THIS LIFESTYLE.

I'M TRY'EN TO DO ALL I CAN TO KEEP MY FAMIELY INTACT AND GET MY LIFE TOGETHER.

I'M ALSO A MEMBER OF THE STEARING COMMITTE WHICH MEET'S MONTHLY AND I PERSONALY WAS ABLE TO START A NATIVE AMERICAN DRUG AND ALCOHAL PROGRAM AS PART OF THE STAND UP PROGRAM. ANYTHING YOU COULD DO FOR ME WOULD BE GREATLY APPRECIATED. I'LL AWAIT YOUR RESPONCE, AND THANK YOU FOR YOUR TIME AND UNDERSTANDING ON THESE MATTERS.

PEACE TO YOU AND YOUR ALWAY'S - MINDS - BODIES AND SOUL'S.

SINCERELY; THEODORE FRANKLYN KING

*Theodore Franklyn King*

(2)

The East Bay Ghost Riders = PEOPLE'S OF THE WORLD CHURCH

THEODORE FRANKLYN KING #V30188
SAN QUENTIN STATE PRISON
SAN QUENTIN, CA. 94964



$00.41
FEB 29 2008
MAILED FROM ZIPCODE 94964

TO: CLERK OF THE COURT.
U.S. DISTRICT COURT - NORTHERN
DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE,
SAN FRANCISCO, CALIFORNIA.
-94102-

LEGAL MAIL
SAN QUENTIN NSF STATE PRISON