FROM: THEODORE FRANKLYN KING #V30188
SAN QUENTIN STATE PRISON
SAN QUENTIN, CA. 94964

RECEIVED
APR 03 2008
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Re: HEARING DATE FOR PETITION FOR WRIT OF HABEAS CORPUS. CASE No# 08-0609-SI (PR)

3/31/08

DEAR CLERK OF THE COURT,
 I HAVE A PETITION FOR WRIT OF HABEAS CORPUS FILED WITH YOUR COURT ON JANUARY 25th, 2008.
 THE CASE No# 08-0609-SI (PR) IS DUE FOR A HEARING BETWEEN NOW AND APRIL 25th, 2008.

 WOULD YOU PLEASE BE SURE THIS CASE GET'S A TIMELY HEARING AND RESPONCE SOMETIME THIS MONTH? (APRIL)

 I'D APPRECIATE YOUR GETTING MY CASE CALENDERED AT THE EARLIEST POSSIBLE TIME AS THE 90 DAY'S IS UP APRIL 25th 08 AND I'M HOPEING FOR A FAVORABLE RULEING ON THIS MATTER.

 THANKS FOR YOUR TIME AND UNDERSTANDING ON THIS MATTER.

THEODORE FRANKLYN KING

DATED: 3/31/08    *Theodore Franklyn King* (signature)

The East Bay Ghost Rider = WORLD ARRAIGN =
PEOPLES OF THE WORLD CHURCH.

THEODORE FRANKLYN KING #V30188
SAN QUENTIN STATE PRISON
SAN QUENTIN, CA,
— 94964 —

OFFICE OF THE CLERK
U.S. DISTRICT COURT, NORTHERN
DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA. 94102 —

LEGAL MAIL