UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THEODORE FRANK KING, | No. C 08-609 SI (pr) |
| Petitioner, | **ORDER OF DISMISSAL** |
| v. | |
| BOARD OF PRISON HEARINGS, | |
| Respondents. | |

Theodore Frank King has filed a pro se petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254, in which he challenges the revocation of his parole. His petition is now before the court for review pursuant to 28 U.S.C. §2243 and Rule 4 of the Rules Governing Section 2254 Cases.

Prisoners in state custody who wish to challenge either the fact or length of their confinement in federal court by a petition for writ of habeas corpus are first required to exhaust state judicial remedies, either on direct appeal or through collateral proceedings, by presenting the highest state court available with a fair opportunity to rule on the merits of each and every issue they seek to raise in federal court. 28 U.S.C. § 2254(b),(c); Granberry v. Greer, 481 U.S. 129, 133-34 (1987). King has not done so; nor has he presented any exceptional circumstances to excuse his doing so. See id.

King's petition shows that he has not filed a petition for review or a petition for writ of habeas corpus in the California Supreme Court, and indeed only presented a habeas petition to the Marin County Superior Court. The California Supreme Court has not been given a fair opportunity to rule on the merits of his claims concerning his parole revocation. King must file

1  a petition in the California Supreme Court and give that court a fair opportunity to rule on the
2  merits of all his claims before presenting his claims in a federal habeas petition.
3      For the foregoing reasons, the petition is DISMISSED without prejudice to King filing
4  a new habeas action after available state judicial remedies are exhausted.  The dismissal also is
5  without prejudice to King filing a motion for relief in <u>Valdivia v. Schwarzenegger</u>, E. D. Cal.
6  No. Civ. S-94-0671 LKK\GGH if he believes there has been a violation of an order in that
7  action.
8      The <u>in forma pauperis</u> application is GRANTED.  (Docket # 2.)
9      The clerk shall close the file.
10     IT IS SO ORDERED.
11  DATED:  July 15, 2008
                                               _____
12                                              SUSAN ILLSTON
                                               United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

THEODORE FRANK KING,

    Plaintiff,

v.

BOARD OF PRISON HEARINGS et al,

    Defendant.
_____/

Case Number: CV08-00609 SI

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 15, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Theodore Frank King V-30188
San Quentin State Prison
San Quentin, CA 94964

Dated: July 15, 2008

Richard W. Wieking, Clerk
By: Tracy Sutton, Deputy Clerk