UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THEODORE FRANK KING, | No. C 08-609 SI (pr) |
| Petitioner, | **JUDGMENT** |
| v. | |
| BOARD OF PRISON HEARINGS, | |
| Respondents. | |

This action is dismissed without prejudice to petitioner filing a new action after he exhausts state court remedies for the claims he wishes to present in a federal habeas petition.

IT IS SO ORDERED AND ADJUDGED.

DATED: July 15, 2008

SUSAN ILLSTON
United States District Judge