

FILED
JUL 15 2008

...ATES DISTRICT COURT
...ISTRICT OF CALIFORNIA

No. C 08-609 SI (pr)

**JUDGMENT**

7/16/08

...t prejudice to petitioner filing a new action after he

...ims he wishes to present in a federal habeas petition.

...UDGED.

SUSAN ILLSTON
United States District Judge