

OFFICE OF THE CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CALIFORNIA 94102

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

FILED JUL 3 0 2008
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA



Theodore Frank King V-30188

FILED
JUL 15 2008

...TES DISTRICT COURT
...STRICT OF CALIFORNIA

No. C 08-609 SI (pr)

**JUDGMENT**

...prejudice to petitioner filing a new action after he
...s he wishes to present in a federal habeas petition.

...DGED.

SUSAN ILLSTON
United States District Judge

27
28